IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:24-CV-00893 |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITIZENS FOR A PRO-LIFE SOCIETY, INC., RED ROSE RESCUE, LAURA GIES, LAUREN HANDY, CLARA MCDONALD (AKA "STEPHANIE BERRY"), MONICA MILLER, CHRISTOPHER MOSCINSKI, JAY SMITH (AKA "JUANITO PICHARDO"), and AUDREY WHIPPLE, | ) ) ) ) ) ) ) ) | JUDGE CHRISTOPHER BOYKO |
| | ) | |
| Defendants, | ) | |
| | ) | |
| CHRISTOPHER MOSCINSKI, | ) | |
| | ) | |
| Defendant/Third-Party Plaintiff, | ) ) | |
| | ) | |
| MERRICK GARLAND, individually and in his official capacity as Attorney General of the United States of America, | ) ) ) ) | |
| | ) | |
| Third-Party Defendant. | ) | |

**UNITED STATES' MOTION TO DISMISS COMPLAINT WITH PREJUDICE**

The United States of America hereby respectfully moves this court to dismiss its Complaint in this matter with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).  A memorandum in support of the United States' motion is attached.

Respectfully submitted,

*/s/ Regan Rush*
REGAN RUSH
Chief, Special Litigation Section
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
regan.rush@usdoj.gov