# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff/Counterclaim Defendant,

v.

CITIZENS FOR A PRO-LIFE SOCIETY, INC., *et al.*,

        Defendants,

CHRISTOPHER MOSCINSKI,

        Defendant/Third-Party Plaintiff,

v.

MERRICK GARLAND, individually and in his official capacity as Attorney General of the United States of America,

        Third-Party Defendant.

Civil Docket No. 1:24-cv-00893-CAB

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendant/Third-Party Plaintiff Christopher Moscinski, Plaintiff/Counterclaim Defendant United States of America, and Third-Party Defendant Merrick Garland, individually and in his official capacity as Attorney General of the United States, by and through their undersigned counsel, hereby stipulate to the dismissal of Moscinski's counterclaims and third-party complaint with prejudice.

Dated: February 17, 2025

AMERICAN FREEDOM LAW CENTER

| | |
|---|---|
| <u>/s/ Robert J. Muise</u><br>Robert J. Muise, Esq. (MIP62849)<br>P.O. Box 131098<br>Ann Arbor, Michigan 48113<br>Tel: (734) 635-3756<br>rmuise@americanfreedomlawcenter.org<br><br>*Counsel for Defendant/Third-Party Plaintiff Christopher Moscinski* | BRETT A. SHUMATE<br>Acting Assistant Attorney General<br><br>DANIEL SCHWEI<br>Special Counsel<br><br><u>/s/ John Robinson</u><br>JOHN ROBINSON<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, D.C.  20005<br>(202) 616-8489<br>john.j.robinson@usdoj.gov<br><br>*Counsel for Plaintiff/Counterclaim Defendant United States of America*<br><br><br>C. SALVATORE D'ALESSIO, JR.<br>Director,<br>Civil Division, Torts Branch<br><br>ANDREA W. MCCARTHY<br>Deputy Director,<br>Civil Division, Torts Branch<br><br><u>/s/ Connor J. Hackert</u><br>CONNOR J. HACKERT,<br>Trial Attorney, Torts Branch, Civil Division,<br>U.S. Department of Justice<br>P.O. Box 7146, Ben Franklin Station<br>Washington, DC 20044<br>Phone: 202-616-4332<br>Email: Connor.Hackert@usdoj.gov<br><br>*Counsel for Attorney General Garland in his personal capacity* |